# CIVIL CAUSE FOR STATUS CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 12/9/2022    TIME: 11:00 AM    TIME IN COURT:  10 Mins.

CASE:    **Everetts v. Personal Touch Holding Corp.**
         **2:21-cv-02061-JMA-LGD**

APPEARANCES:    Plaintiff:  Ryan Maxey

                For Defendants: Jonathan Sullivan, Michael Schoenberg

FTR:

FILED
CLERK
2:56 pm, Dec 09, 2022
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

- ☒ Case called.
- ☐ Counsel present for all sides.
- ☐ Briefing schedule set.
  Moving papers to be served by:
  Response:
  Reply:
  - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ This case is respectfully referred to Magistrate Judge
- ☐ Jury selection and trial is scheduled for   before Judge Azrack in Courtroom 920 of the Long Island Courthouse.
- ☐ The telephone status conference is rescheduled for   with Judge Joan M. Azrack. Counsel shall dial 1-877-873-8017 and enter access code 4785432 at the prompt.
- ☒ Other:  Parties advise the Court they have reached a settlement.  Motion for preliminary approval to be filed by 2/10/2023.