# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL EVERETTS,<br><br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PERSONAL TOUCH HOLDING CORP., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:21-cv-02061 (JMA) (ARL) |

## PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS

Plaintiff Michael Everetts ("Plaintiff") respectfully moves for final approval of the Settlement and for certification of the Settlement Class.[1] Plaintiff respectfully requests that the Court, after the final approval hearing scheduled for July 22, 2024, grant this motion, grant Plaintiffs' Unopposed Initial Motion for Service Award and Award of Attorney's Fees and Litigation Costs (as supplemented by Plaintiff's Unopposed Supplemental Motion for Service Award and Award of Attorney's Fees and Litigation Costs), and enter a final judgment dismissing this case.

This Motion is based on the Supporting Memorandum filed herewith; the Declaration of co-Class Counsel Ryan D. Maxey, attached to the Supporting Memorandum as **Exhibit A**; the Declaration of Scott M. Fenwick of Kroll Settlement Administration LLC in Connection with

---

[1] Unless otherwise noted, all capitalized terms are defined in the Settlement Agreement ("S.A."), which is attached hereto as **Exhibit A**.

1

Class Notice and Claim Activity, attached to the Supporting Memorandum as **Exhibit B**; the Declaration of Michael Everetts (the Plaintiff in this action), attached to the Supporting Memorandum as **Exhibit C**; the Settlement Agreement entered into between the parties (ECF No. 37-1); and any oral argument that may be heard by this Court regarding this Motion.

Dated: July 1, 2024                                         Respectfully submitted,

/s/ Ryan D. Maxey

Jonathan Michael Sedgh
**Morgan & Morgan**
350 Fifth Avenue
Suite 6705
New York, NY 10118
212-225-6747
jsedgh@forthepeople.com

John A. Yanchunis*
jyanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Ryan D. Maxey*
**MAXEY LAW FIRM, P.A.**
107 N. 11th St. #402
Tampa, FL 33602
(813) 448-1125
ryan@maxeyfirm.com

*admitted pro hac vice*

***Attorneys for Plaintiff and the Proposed Class***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Ryan D. Maxey*