THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHAEL EVERETTS,<br><br>on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PERSONAL TOUCH HOLDING CORP., a Delaware corporation,<br><br>    Defendant. | Case No.: 2:21-cv-02061 (JMA) (ARL) |

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL DECLARATION OF PATRICK PASSARELLA OF KROLL SETTLEMENT ADMINISTRATION LLC IN CONNECTION WITH FINAL APPROVAL OF SETTLEMENT**

Plaintiff Michael Everetts ("Plaintiff") hereby gives notice of filing the Supplemental Declaration of Patrick Passarella of Kroll Settlement Administration LLC in Connection with Final Approval of Settlement, attached hereto as **Exhibit A.** The declaration avers, among other things, the following:

- Subject to final review, of the 2,041 Approved Claims, 1,141 Settlement Class Members submitted claims as a part of the Exposure Class which equates to a claims rate of 4.6% of the Exposure Class and 900 Settlement Class Members submitted claims as a part of the Non-Exposure Class which equates to a claims rate of 0.12% of the Non-Exposure Class.

- In summary, as July 19, 2024, the aggregate cash payment value of Approved Claims received and validated is $98,284.88 (an increase of $75.00 from the $98,209.88 reported in the final approval motion).

1

- There have been 1,152 approved claims for Identity Theft Total Service (an increase of 1 claim from the 1,151 reported in the final approval motion).

- As of July 19, 2024, Kroll has billed $369,030.80 for services and fees incurred in the administration of this matter. Kroll estimates that it will bill an additional $170,000 to complete the administration of this settlement (the same as reported in the final approval motion).

Dated: July 21, 2024

Respectfully submitted,

*/s/ Ryan D. Maxey*

Jonathan Michael Sedgh
**Morgan & Morgan**
350 Fifth Avenue
Suite 6705
New York, NY 10118
212-225-6747
jsedgh@forthepeople.com

John A. Yanchunis*
jyanchunis@ForThePeople.com
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

Ryan D. Maxey*
**MAXEY LAW FIRM, P.A.**
107 N. 11th St. #402
Tampa, FL 33602
(813) 448-1125
ryan@maxeyfirm.com

*admitted pro hac vice*

***Attorneys for Plaintiff and the Proposed Class***

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 21, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ *Ryan D. Maxey*