# CIVIL CAUSE FOR PRE-MOTION CONFERENCE (Tel)

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE: 7/22/2024          TIME: 10:00 AM          TIME IN COURT:  30 min

CASE:  **Everetts v. Personal Touch Holding Corp.**
**2:21-cv-02061-JMA-LGD**

FILED
CLERK
11:06 am, Jul 22, 2024
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

APPEARANCES:   Plaintiff:   Ryan Maxey, John Yanchunis

Defendant:   Michael Schoenberg, Jonathan Sullivan

FTR:

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set for motion:
    Moving papers to be served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial is scheduled for
- ☐ A further telephone status conference is set for   before Judge Joan M. Azrack.  Counsel shall dial 571-353-2301 and enter access code 279933568 at the prompt.
- ☒ Other:  No parties appear to object to the settlement.  Counsel sounded the halls for any objectors.  Decision is reserved.  Plaintiff's counsel supplemental fee application is due no later than end of day Friday, July 26, 2024. Supplement fee application by Friday. FTR Log= NYED-CIFTR920